776

Mahon Unemployment Compensation Case.

Argued March 23, 1967. *George A. D'Angelo,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WATKINS, J., absent.

Moog, Appellant, *v.* Eastern States
Transportation, Inc.

Argued
March 13, 1967. *Gibson Smith, Jr.,* for appellant;
*Frank B. Boyle,* for appellee.

Order affirmed.

Ostroff *v.* Newmark, Appellant.

Argued March 23, 1967. *Robert B. Simons,* with him
*Egnal & Simons,* for appellant; *William Brodsky,* for appellee.

Order affirmed.

WATKINS, J., absent.